AO 91 (Rev 8/01)    Criminal Complaint

# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**
McALLEN DIVISION

UNITED STATES OF AMERICA
V.
Juan Alejandro Garcia-Hernandez

United States Courts
Southern District of Texas
FILED
*March 10, 2022*
Nathan Ochsner, Clerk of Court

**CRIMINAL COMPLAINT**

Case Number: M-22-0494-M

IAE   YOB: 1977
Mexico
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

On or about **March 9, 2022** in **Hidalgo** County, in the **Southern** District of **Texas**

*(Track Statutory Language of Offense)*
the defendant being then and there an alien who had previously been deported from the United States to Mexico in pursuance of law, and thereafter was found near Mission, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title **8** United States Code, Section(s) **1326** **(Felony)**
I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

Juan Alejandro Garcia-Hernandez was encountered by Border Patrol Agents near Mission, Texas on March 9, 2022. The investigating agent established that the defendant was an undocumented alien and requested record checks. The defendant claims to have illegally entered the United States on March 9, 2022, near Hidalgo, Texas. Record checks revealed the defendant was formally Deported/Excluded from the United States on December 13, 2012, through El Paso, Texas. Prior to Deportation/Exclusion, the defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security.

On February 4, 2010, the defendant was convicted of Possession with Intent to Distribute Controlled Substance and sentenced to eighty-seven (87) months confinement and forty-eight (48) months supervised release term.

Continued on the attached sheet and made a part of this complaint:  ☐ Yes  ☒ No

Complaint authorized by AUSA D. Chung
Submitted by reliable electronic means, sworn to and attested telephonically per Fed. R. Cr.P.4.1, and probable cause found on:

March 10, 2022    7:01 AM

/S/  Cynthia Garcia
Signature of Complainant

Cynthia Garcia      Border Patrol Agent

Nadia S. Medrano    , U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer